Submitted October 2, reversed November 4, 2009

## ARLEN PORTER SMITH,
*Plaintiff-Appellant,*

*v.*

## STATE OF OREGON,
acting by and through the
Department of Corrections
and the Oregon State Police,
*Defendant-Respondent.*

Marion County Circuit Court
02C12218; A141457

220 P3d 444

Arlen Porter Smith filed the briefs *pro se*.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Samuel A. Kubernick, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Plaintiff appeals a supplemental judgment for filing fees that previously had been deferred. On appeal, plaintiff contends that the court erred in entering the supplemental judgment without making a determination that he had the ability to pay the fees. The state concedes that the trial court erred in that regard. We agree and accept that concession. *See State ex rel Baker v. Cook*, 171 Or App 719, 16 P3d 1184 (2000) (citing *former* ORS 21.605(1)(a) (1999), *repealed by* Or Laws 2007, ch 493, §§ 18, 18a; holding that the trial court erred in imposing an obligation to pay previously deferred filing fees).

Reversed.